# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| **USA** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. **3:25-cr-00011-KAD** |
| **Jose Baret** | ) | |
| *Defendant* | ) | |

### NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**the Defendant- Jose Baret**                                                     .

Date:   **Mar 17, 2025**            /s/ **Ronald S. Johnson**
                                                               *Attorney's signature*

**Ronald S. Johnson, Esq. (ct08577)**
*Printed name and bar number*

**185 Asylum Street, Suite 1502**
**Hartford, CT 06103**
*Address*

**janvier7@aol.com**
*E-mail address*

**860-231-9757**
*Telephone number*

**860-233-8276**
*FAX number*

Rev. 5/4/2011

## CERTIFICATE OF SERVICE

I hereby certify that on **Mar 17, 2025**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Ronald S. Johnson (ct08577)**

*Attorney's signature*